**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| DAVID STUA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANGELINA COUNTY, TEXAS, KEITH WRIGHT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; JAMES M. YAKOVSKY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CARY KIRBY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND ROBERT INSELMANN, INDIVIDUALLY;<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 9:26-CV-00605-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 10, 2026, the Court referred this case to United States Magistrate Judge Zack Hawthorn. Pending before the Court is Plaintiff David Stua's (Stua) *Motion for Leave to Proceed in forma pauperis*. Dkt. 3. On September 3, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 5], which recommended denying Stua's *Motion for Leave to Proceed in forma pauperis* because Stua's affidavit does "not demonstrate that he is wholly unable to pay the standard filing fee of $405.00." Dkt. 5, at 2. On September 16, 2026, Stua filed objections to Judge Hawthorn's report. Dkt. 6.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). The

Court has reviewed *de novo* Judge Hawthorn's *Report and Recommendation* [Dkt. 5] in light of Stua's objections. The Court concludes that Judge Hawthorn's findings and conclusions of law are correct, and that Stua's objections are without merit.

It is therefore ORDERED that Stua's *Objections* [Dkt. 6] are OVERRULED and Judge Hawthorn's *Report and Recommendation* [Dkt. 5] is ADOPTED. Stua has fourteen (14) days from the date of this Order to pay the $405.00 filing fee.

**SIGNED this 17th day of November, 2026.**

Michael J. Truncale
United States District Judge